JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA Z. J.,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,<br><br>　　　　　Defendant. | Case No. 5:21-01706 ADS<br><br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order, the Court adjudges that the decision of the Commissioner of Social Security is affirmed, and this action is dismissed with prejudice.

DATED: February 28, 2023　　　　　　　／s/ Autumn D. Spaeth
　　　　　　　　　　　　　　　　　　　THE HONORABLE AUTUMN D. SPAETH
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge